**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1893**

———————

LISA COHEN,

　　　　　　Plaintiff - Appellant,

　　　v.

MICHAEL J. ASTRUE, Commissioner, Social Security
Administration,

　　　　　　Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.　Barry R. Poretz,
Magistrate Judge. (1:07-cv-00984-BRP)

———————

Submitted: June 18, 2009　　　　　　Decided: July 8, 2009

———————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Bruce K. Billman, Fredericksburg, Virginia, for Appellant.　Dana
J. Boente, Acting United States Attorney, Leslie B. McClendon,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Cohen appeals the magistrate judge's order affirming the Commissioner's decision to deny Cohen a period of disability and disability insurance benefits.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C.A. § 405(g) (West Supp. 2008); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. See Cohen v. Astrue, No. 1:07-cv-00984-BRP (E.D. Va. filed June 11, 2008; entered June 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).